| | | | |
|---|---|---|---|
| State v. B. H.† | 2016AP000892, 2016AP000893 | 12–28–2016 | Affirmed |
| State v. Martin | 2016AP000913 CR | 12–20–2016 | Affirmed |
| State v. J. F. K. | 2016AP000941 | 12–28–2016 | Affirmed |
| State v. Ninnemann | 2016AP001294 CR | 12–14–2016 | Affirmed |
| T. M. H. v. A. N. W. | 2016AP001981 | 12–29–2016 | Reversed and remanded |
| Jefferson County DHS v. C. C. | 2016AP001983 | 12–21–2016 | Affirmed |

† Petition to review filed.